UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH EGAN,<br><br>    Plaintiff,<br><br>  -against-<br><br>PENTAGROUP FINANCIAL, LLC.,<br><br>    Defendant. | **NOTICE OF SETTLEMENT**<br><br>Case 1:10-cv-00117-GLS-DRH |

NOW COMES the Plaintiff, JOSEPH EGAN, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

  Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

              RESPECTFULLY SUBMITTED,

              By:__/s/ Adam T. Hill_____
              Adam T. Hill,
              Attorney for Plaintiff
              Krohn & Moss, Ltd.
              120 W. Madison St., 10th Fl.
              Chicago, IL 60602
              phone: (312) 578-9428
              fax: (866) 802-0021
              e-mail: ahill@consumerlawcenter.com