**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------
JOSEPH EGAN,

                            Plaintiff,

        v.                                       No. 1:10-CV-117
                                                          (GLS/DRH)

PENTAGROUP FINANCIAL, LLC.,

                            Defendant.
--------------------------------------------------------------------

## JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT

The Court has been advised by United States Magistrate Judge David R. Homer that the parties in the above-captioned case have reported to him that the case has been settled.  Counsel has also advised Judge Homer that no infant or incompetent is a party to this action.  Accordingly, pursuant to N.D.N.Y.L.R. 68.2(a), it is hereby

    **ORDERED** that:

        1. The above-captioned case is hereby **DISMISSED** in its entirety **without prejudice** to re-opening upon the motion of any party within forty-five (45) days of the date of the filing of this order upon a showing that the settlement was not consummated;

        2. The dismissal of the above-captioned case shall become **with prejudice** on the forty-sixth day after the date of the filing of this order <u>unless</u> any party moves to re-open this case within forty-five (45) days of the date of the filing of this order upon a showing that the settlement was not consummated;

3. The Clerk shall serve by electronic mail copies of this Judgment upon the attorneys for the parties appearing in this action.

**IT IS SO ORDERED.**

DATED:   March 4, 2010
          Albany, New York

_____
Gary L. Sharpe
U.S. District Judge